UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

ANGELA WILKEY,

        Plaintiff,

v.

A RIDE2CARE, LLC, TAXI PRONTO, INC.,
and INVO PEO OF FL, INC.,

        Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, INVO PEO OF FL, INC., pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby files this Notice of Removal of the above-captioned matter from the Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida. As grounds therefore, Defendant shows the Court as follows:

**1.**     **State Court Action**

Plaintiff initiated an action that is still pending in the Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida, styled Angela Wilkey vs. A Ride2Care, LLC, Taxi Pronto, Inc., and Invo PEO of FL, Inc. Plaintiff filed that action on December 8, 2021. *See* Complaint, attached hereto as Exhibit A. Defendant was served with the subject Complaint on December 10, 2021. *See* Returned Summons, attached hereto as Exhibit B.

**2.**     **Nature of Action**

This matter arises out of Plaintiff's alleged former employment with Invo PEO of FL and the other two defendants named in the action. Plaintiff has alleged four counts against

Defendants for sexual harassment and retaliation in violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.  *See,* Complaint, attached hereto as Exhibit A. Defendant denies the allegations asserted in the Complaint.

**3.      Basis for Removal of State Court Action**

Under 28 U.S.C. § 1441(b), "any civil action of which the District Courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." The United States District Court for the Southern District of Florida has jurisdiction by reason of 28 U.S.C. § 1331 in that the action arises under the Laws of the United States, as Plaintiff bases her claim for relief against the Defendant on the federal statutes and acts of Congress. Specifically, Plaintiff's lawsuit is based on alleged sexual harassment and retaliation in violation of Title VII of the Civil Rights Act of 1964.  Thus, federal question jurisdiction exists.  *See, Caterpillar, Inc. v. Williams,* 482 U.S. 386, 392 (1987) (holding that "federal jurisdiction exists . . . when a federal question is presented on the face of the plaintiff's properly pleaded complaint.")

**4.      Venue**

The Fort Pierce Division of the United States District Court for the Southern District of Florida is the judicial district embracing or closest to the place where the State Court case was brought and is pending and is, thus, the proper District Court to which this case should be removed.  S*ee* 28 U.S.C. §§ 89(c), 1441(a) & 1446(a).  Moreover, Fort Pierce is the proper division within the Southern District of Florida to which the case should be removed since Plaintiff alleges that the cause of action accrued in Highlands County, and the Defendants are

alleged to have their principal places of business in St. Lucie County and Seminole County. *See, 28* U.S.C. §§ 1441(a), (e) & 1446(a); Exhibit A.

5.    **Satisfaction of the Procedural Requirements**

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because Defendant has filed this Notice of Removal within 30 days of being served with the initial pleading setting forth the claim for relief upon which such action or proceeding is based. *See, Murphy Bros. v. Michetti Pipe Stringing,* 526 U.S. 344 (1999). Specifically, the summons and Complaint were served upon Defendant on December 10, 2021, which is within the thirty-day timeframe. *See* Exhibit B attached hereto. Thus, this removal is timely.

Copies of the state court's docket printed from the Highlands County Clerk of Court's website and all process, pleadings, orders, and other papers or exhibits of every kind on file in the State Court Action are attached as Exhibit C in compliance with 28 U.S.C. § 1446(a). Defendant will file any supplemental papers not available as of the date of this notice if it becomes necessary. Defendant has paid the appropriate filing fee to the Clerk of this Court upon filing this notice.

6.    **Notice to State Court and Plaintiff**

Simultaneously with filing this Notice of Removal, Defendant shall give written notice to all adverse parties and shall file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida.

                              COLE, SCOTT & KISSANE, P.A.
                              Attorneys for Defendants
                              Esperante Building
                              222 Lakeview Avenue, Suite 120
                              West Palm Beach, FL  33401
                              Telephone: (561) 383-9200
                              Facsimile: (561) 683-8977

                              By:  /s/ Nicole Wall_____

NICOLE WALL<br>
FBN: 017430<br>
Email: Nicole.Wall@csklegal.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing document was served this 28th day of December, 2021 on all counsel of record or pro se parties identified on the attached Service List via electronic mail (email).

By: /s/ Nicole Wall
NICOLE WALL
FBN: 017430
Email: Nicole.Wall@csklegal.com

**SERVICE LIST**
J. Kemp Brinson, Esq.
Bloodwort Law, PLLC
801 N. Magnolia Avenue, Suite 216
Orlando, FL  32803
407-777-8541
KBinson@LawyerFightsForYou.com
RKovacevic@ LawyerFightsForYou.com