UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

ANGELA WILKEY,

        Plaintiff,

v.

A RIDE2CARE, LLC, TAXI PRONTO, INC.,
and INVO PEO OF FL, INC.,

        Defendants.

_____/

## DEFENDANT'S LIST OF REMOVAL DOCUMENTS

     Defendant Invo PEO of FL, Inc., pursuant to 28 U.S.C. §1446(a) files the following documents constituting all process, pleadings, motions, and orders existing on file in the State court in this removed action:

1.    Civil Cover Sheet
2.    Summons Issued – Invo PEO of FL, Inc.
3.    Summons Issued – Taxi Pronto, Inc.
4.    Summons Issued – A Ride2Care, LLC
5.    Complaint

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendants
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, FL  33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: /s/ Nicole Wal_____
     NICOLE WALL
     FBN: 017430
     Email: Nicole.Wall@csklegal.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing document was served this 28th   day

of December, 2021 on all counsel of record or pro se parties identified on the Service List

below via electronic mail (email).

By:  /s/ Nicole Wall
NICOLE WALL
FBN: 017430
Email: Nicole.Wall@csklegal.com

**SERVICE LIST**
J. Kemp Brinson, Esq.
Bloodwort Law, PLLC
801 N. Magnolia Avenue, Suite 216
Orlando, FL  32803
407-777-8541
KBinson@LawyerFightsForYou.com
RKovacevic@ LawyerFightsForYou.com

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

**Highlands County**
*Clerk of Courts*

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 282021CA000418GCAXMX [21000418GCAXMX] | 12/08/2021 | Circuit Civil 3-D | ACTIVE | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 12/08/2021 | Discrim Employment/Other | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| COWDEN, ANGELA JANE | JUDGE | | |
| A RIDE2CARE LLC   Search This Party | DEFENDANT | | |
| TAXI PRONTO INC   Search This Party | DEFENDANT | | |
| INVO PEO OF FLORIDA INC   Search This Party | DEFENDANT | | |
| WILKEY, ANGELA   Search This Party | PLAINTIFF | BRINSON, JENNINGS KEMP | 752541 |

### Dockets

Page : 1      10 ⌄

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 14 | 12/08/2021 | SUMMONS ISSUED TO ATTY BY CKW (TAXI PRONTO, INC) | 3 |
| | 13 | 12/08/2021 | SUMMONS ISSUED TO ATTY BY CKW (INVO PEO OF FL, INC.) | 3 |
| | 12 | 12/08/2021 | SUMMONS ISSUED TO ATTY BY CKW (A RIDE2CARE, LLC) | 3 |
| | 11 | 12/08/2021 | Judge: COWDEN , ANGELA JANE Assigned | |
| | 10 | 12/08/2021 | SUMMONS TO BE ISSUED BY CLERK ($10.00 FEE) | 3 |
| | 9 | 12/08/2021 | SUMMONS TO BE ISSUED BY CLERK ($10.00 FEE) | 3 |
| | 8 | 12/08/2021 | SUMMONS TO BE ISSUED BY CLERK ($10.00 FEE) | 3 |
| | 7 | 12/08/2021 | COMPLAINT | 11 |
| | 6 | 12/08/2021 | CIVIL COVER SHEET | 3 |
| | 5 | 12/08/2021 | Payment received, Receipt Number: MX 224026 | |

### Judge Assignment History

### Court Events

### Financial Summary

### Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

New Search   Expand All

Privacy - Terms

1/1



## Highlands County
### Clerk of Courts

New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 282021CA000418GCAXMX [21000418GCAXMX] | 12/08/2021 | Circuit Civil 3-D | ACTIVE | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 12/08/2021 | Discrim Employment/Other | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| COWDEN, ANGELA JANE | JUDGE | | |
| A RIDE2CARE LLC    Search This Party | DEFENDANT | | |
| TAXI PRONTO INC    Search This Party | DEFENDANT | | |
| INVO PEO OF FLORIDA INC    Search This Party | DEFENDANT | | |
| WILKEY, ANGELA    Search This Party | PLAINTIFF | BRINSON, JENNINGS KEMP | 752541 |

### Dockets

Page : 2  [  ]  [  ]   [ 10 ⌄ ]

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 4 | 12/08/2021 | Assessment 1 Total Assessed $430.00 Balance Remaining $0.00 | |
| | 3 | 12/08/2021 | Assessment 1 assessed at sum $430.00 | |
| | 2 | 12/08/2021 | Attorney: Assigned to FACC.CLERICUS.Identity.NamesBAO | |
| | 1 | 12/08/2021 | Case 282021CA000418GCAXMX Filed with Clerk on 12/8/2021 | |

### Judge Assignment History

### Court Events

### Financial Summary

### Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

Privacy - Terms

Filing # 139970231 E-Filed 12/08/2021 02:47:57 PM

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

_____

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>TENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>HIGHLANDS</u>   COUNTY, FLORIDA

<u>Angela Wilkey</u>
Plaintiff                                                      Case # _____
                                                              Judge  _____

vs.

<u>A Ride2Care LLC, Taxi Pronto Inc, INVO PEO of Florida Inc</u>
Defendant

_____

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.    TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☒ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☒ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ *Residential Evictions*
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

<u>4</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ J. Kemp Brinson</u>        Fla. Bar # <u>752541</u>
    Attorney or party            (Bar # if attorney)

<u>J. Kemp Brinson</u>        <u>12/08/2021</u>
 (type or print name)        Date

Filing # 139970251 E-Filed 12/08/2021 02:47:57 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
CIRCUIT IN AND FOR HIGHLANDS COUNTY, FLORIDA

**Angela Wilkey,**
    Plaintiff,

Case No: *GC 21-418*

v.

**A Ride2Care, LLC,**
**Taxi Pronto, Inc., and INVO PEO**
**of FL, Inco.**
    Defendants

## **SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of
the Complaint in the above-styled matter upon Defendant:

TO:   INVO PEO of FL, Inco.
      c/o Registered Agent, Corporation Service Company
      1201 Hays St.
      Tallahassee, FL 32301

Each Defendant is hereby required to serve written defenses to said
Complaint on **BLOODWORTH LAW, PLLC**, 801 N. Magnolia Ave., Ste. 216,
Orlando, Florida 32803 Telephone: (407)-777-8541, within twenty (20) days after
service of this Summons upon you, exclusive of the day of service, and to file the
original of said written defenses with the Clerk of said Court either before service
on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will
be entered against you for the relief demanded in the Complaint.

DATED on *December 8, 2021*



JEROME KASZUBOWSKI
As Clerk of the Court

By: _____
As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

2

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF'S ATTORNEY:
J. Kemp Brinson, Esq.
Bloodworth Law, PLLC
801 N. Magnolia Ave, Ste.216
Orlando, FL 32803
Tel: (407) 777-8541
Primary: KBrinson@LawyerFightsForYou.com
Secondary: RKovacevic@LawyerFightsForYou.com

Filing # 139970251 E-Filed 12/08/2021 02:47:57 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
*CIRCUIT IN AND FOR HIGHLANDS COUNTY, FLORIDA*

**Angela Wilkey,**
     Plaintiff,

Case No: *GC 21- 418*

v.

**A Ride2Care, LLC,**
**Taxi Pronto, Inc., and INVO PEO**
**of FL, Inco.**
     Defendants

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above-styled matter upon Defendant:

TO:   Taxi Pronto, Inc.
       c/o Registered Agent, Romeo O. Holligan
       1391 NW St. Lucie West Blvd.
       371
       Port St. Lucie, FL 34986

     Each Defendant is hereby required to serve written defenses to said Complaint on **BLOODWORTH LAW, PLLC**, 801 N. Magnolia Ave., Ste. 216, Orlando, Florida 32803 Telephone: (407)-777-8541, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

DATED on *December 8, 2021*



JEROME KASZUBOWSKI
As Clerk of the Court

By: _____
As Deputy Clerk

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF'S ATTORNEY:
J. Kemp Brinson, Esq.
Bloodworth Law, PLLC
801 N. Magnolia Ave, Ste.216
Orlando, FL 32803
Tel: (407) 777-8541
Primary: KBrinson@LawyerFightsForYou.com
Secondary: RKovacevic@LawyerFightsForYou.com

Filing # 139970251 E-Filed 12/08/2021 02:47:57 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
CIRCUIT IN AND FOR HIGHLANDS COUNTY, FLORIDA

Angela Wilkey,
    Plaintiff,

                           Case No: *GC 21- 418*

v.

A Ride2Care, LLC,
Taxi Pronto, Inc., and INVO PEO
of FL, Inco.
    Defendants

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in the above-styled matter upon Defendant:

TO:   A Ride2Care, LLC
        c/o Registered Agent, Romeo O. Holligan
        1391 NW St. Lucie West Blvd.
        371
        Port St. Lucie, FL 34986

    Each Defendant is hereby required to serve written defenses to said Complaint on **BLOODWORTH LAW, PLLC**, 801 N. Magnolia Ave., Ste. 216, Orlando, Florida 32803 Telephone: (407)-777-8541, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

DATED on *December 8, 2021*

JEROME KASZUBOWSKI
As Clerk of the Court

(SEAL)



By: _____
As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF'S ATTORNEY:
J. Kemp Brinson, Esq.
Bloodworth Law, PLLC
801 N. Magnolia Ave, Ste.216
Orlando, FL 32803
Tel: (407) 777-8541
Primary: KBrinson@LawyerFightsForYou.com
Secondary: RKovacevic@LawyerFightsForYou.com

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
CIRCUIT IN AND FOR HIGHLANDS COUNTY, FLORIDA

| | |
|---|---|
| **Angela Wilkey**, <br> Plaintiff, <br><br> v. <br><br> **A Ride2Care, LLC,** <br> **Taxi Pronto, Inc., and INVO PEO** <br> **of FL, Inco.,** <br> Defendants. | Case No: |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Angela Wilkey ("Plaintiff"), sues A Ride2Care, LLC ("Ride2Care"), a Florida limited liability company, Taxi Pronto, Inc. ("Taxi Pronto"), and INVO PEO of FL, Inc., a Florida Corporation ("INVO") (collectively referred to as "Defendants"), and states as follows:

## COMMON ALLEGATIONS

1. Plaintiff is an individual resident of Polk County, Florida.

2. At all material times, Defendant Ride2Care was a Florida corporation with its principal place of business in St. Lucie County, Florida.

3. At all material times, Defendant Taxi Pronto was a Florida corporation with its principal place of business in St. Lucie County, Florida.

4. At all material times, Defendant INVO was a Florida corporation with its principal place of business in Seminole County, Florida.

5. This Court has subject matter jurisdiction over the claims alleged.

1

6.     This Court is the appropriate venue for this proceeding because the causes of action alleged accrued in Highlands County, Florida.

7.     Plaintiff is a member of a protected class. She is female.

8.     Ride2Care and Taxi Pronto are businesses that provide transportation services for persons with limited mobility, such as the elderly and disabled.

9.     INVO is a Professional Employer Organization, or "PEO", which functions as an employee leasing company. INVO employs workers on paper and leases them to other companies, delegating control over those employees to its clients.

10.     Plaintiff began her employment with Defendants as a driver on or about October 5, 2019. She was primarily employed to provide transportation services in Highlands County, Florida.

11.     Plaintiff was employed by Ride2Care and Taxi Pronto through INVO. For the purposes of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act, she was employed by all three entities.

12.     Ride2Care and Taxi Pronto are owned and managed by Romeo Holligan, and his two daughters. Their full names are unknown, but their given names are Janae and Juliette.

13.     Ride2Care and Taxi Pronto are highly integrated with respect to ownership and operations. They share a common nexus of ownership, operations, control, and perform or are involved in the performance of the same function: providing transportation services. As such, they are a single integrated employer for the purposes of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

14.     INVO, Ride2Care, and Taxi Pronto retain sufficient control over the terms and conditions of employment of the other two entities that all three should be aggregated as joint employers for the purposes of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act. Alternatively, where any two of them meet this requirement, those two should be so aggregated.

15.     INVO delegated control of some traditional rights over employees to Ride2Care and Taxi Pronto, including but not limited to the right to determine certain terms and conditions of employment, working conditions, duties, and day-to-do activities. Thus, Ride2Care and Taxi Pronto should be treated as agents of INVO and aggregated with each other and with it for the purposes of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

16.     Additionally, Ride2Care and Taxi Pronto delegated sufficient control of some traditional rights over employees to INVO, including but not limited to the right to determine the structure of the employment relationship, certain terms and conditions of employment, compliance methods, accounting methods, workers compensation insurance, and recordkeeping. Thus, INVO should be treated as an agent of Ride2Care and Taxi Pronto and aggregated with them for the purposes of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

17.     As the context may require avoiding mutually exclusive findings, but only to that extent, the preceding four paragraphs should be construed as alternative pleadings.

18.     At the start of her employment, Plaintiff was told by Romeo Holligan that she would be training with co-worker Joseph Ehling. Ehling told her the same thing. She was told that, during her training period, Ehling would

be her supervisor when she was with him, i.e., he controlled her day-to-day duties.

19.     On or about November 5, 2019, during training, Plaintiff was riding with Ehling providing transportation services in Highlands County, Florida.

20.     On this date, she was sexually harassed by Ehling. Ehling repeatedly suggested to Plaintiff that she go to the back of the company van with him to have sex.

21.     On this date, Ehling repeatedly made comments such as, but limited to, these in a sexually suggestive and inappropriate manner while he was riding alone with Plaintiff in the van:

      a.   "That was a nice view… the ass in your jeans. I am a man."

      b.   "Can you tell me what your pussy looks like? My girlfriend's is thick. I like the ones that look like butterflies. You can go back in the van and show me."

      c.   "I want to eat at the Y", a slang phrase meaning he wanted to perform oral sex on Plaintiff. He said this comment and made similar statements often throughout the day.

22.     On this date, Ehling showed Plaintiff a picture on his phone. He told Ehling it was a picture of his daughter, but it was actually a picture of a woman's genitals. Afterwards, he told Plaintiff "I showed you mine, you can show me yours."

23.     On this date, Ehling also tried to reach over and unzip Plaintiff's boot, saying "Your boot comes off easy, your pants will come off easy, too."

24.     Plaintiff was not interested in Ehling's advances, and she repeatedly told him so.

25.     On the day of the incident, Plaintiff reported the harassment to Holligan. Plaintiff initiated telephone and text communications with Holligan and his daughter, Janae, and spoke with his other daughter, Juliette, via telephone on the day of the incident, while the incident was occurring.

26.     Following Plaintiff's report, Defendants claimed they launched an internal investigation. However, Plaintiff was never interviewed as part of this alleged "investigation."

27.     Plaintiff's hours were reduced.

28.     On December 5, 2019, Plaintiff was terminated.

29.     Plaintiff was terminated in retaliation for reporting sexual harassment.

30.     Defendant discriminated and retaliated against Plaintiff with malice and reckless indifference to the rights of Plaintiff.

31.     Plaintiff has been damaged by the Defendant's actions. Her damages include, but are not limited to, lost wages, emotional distress, and attorneys' fees and costs.

32.     Plaintiff filed charges with the U.S. Equal Employment Opportunity Commission ("EEOC") arising out of these incidents, charge numbers 511-2020-02146 and 511-2020-02147 within 300 days of her termination date, December 5, 2019.

33.     The charges were deemed dual-filed with the Florida Commission on Human Relations ("FCHR") and processed by the EEOC on behalf of the FCHR pursuant to a work-sharing agreement between the EEOC and the FCHR.

34.     The EEOC, acting on behalf of the FCHR, failed to conciliate or determine whether there was reasonable cause for the charge within 180 days of the filing of the charge.

35.     The EEOC issued Plaintiff Notices of Rights attached as Exhibit "A."

36.     Plaintiff has retained the undersigned law firm and agreed to pay it a reasonable fee for its services.

## COUNT 1 – TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 – SEXUAL HARASSMENT

37.     This is a cause of action for sexual harassment in violation of Title VII of the Civil Rights Act of 1964 seeking damages in excess of $30,000.

38.     Plaintiff restates the allegations of paragraphs 1 through 35 above.

39.     Plaintiff was sexually harassed in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

## COUNT 2 – TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 – RETALIATION

40.     This is a cause of action for retaliation in violation of Title VII of the Civil Rights Act of 1964 seeking damages in excess of $30,000.

41.     Plaintiff restates the allegations of paragraphs 1 through 35 above.

42. Plaintiff was retaliated against for reporting sexual harassment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

## COUNT 3 – FLORIDA CIVIL RIGHTS ACT – SEXUAL HARASSMENT

43. This is a cause of action for sexual harassment in violation of theFlorida Civil Rights Act, Fla. Stat. § 760.01 et seq seeking damages in excess of $30,000.

44. Plaintiff restates the allegations of paragraphs 1 through 35 above.

45. Plaintiff was sexually harassed in violation of the Florida Civil Rights Act, Fla. Stat. § 760.01 et seq.

## COUNT 4 – FLORIDA CIVIL RIGHTS ACT – RETALIATION

46. This is a cause of action for retaliation in violation of the Florida Civil Rights Act, Fla. Stat. § 760.01 et seq seeking damages in excess of $30,000.

47. Plaintiff restates the allegations of paragraphs 1 through 35 above.

48. Plaintiff was retaliated against for reporting sexual harassment in violation of the Florida Civil Rights Act, Fla. Stat. § 760.01 et seq.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Respectfully submitted this 8th day of December 2021.


s/ J. Kemp Brinson
J. Kemp Brinson, Esq.
Fla. Bar No. 752541
**BLOODWORTH LAW, PLLC**
801 N. Magnolia Ave., Ste. 216
Orlando, FL 32803
Office: (407) 777-8541
Primary: KBrinson@LawyerFightsForYou.com
Secondary: RKovacevic@LawyerFightsForYou.com
Attorney for Plaintiff



# EXHIBIT "A"

EEOC Form 161-B (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:   **Angela Wilkey**<br>       **6425 Jewell Lane**<br>       **Lake Wales, FL 33898** | From:   **Tampa Field Office**<br>         **501 East Polk Street**<br>         **Room 1000**<br>         **Tampa, FL 33602** |

☐   *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **511-2020-02147** | **My Linh Kingston,**<br>**Investigator** | **(813) 710-9369** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court** <u>WITHIN 90 DAYS</u> **of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☒   More than 180 days have passed since the filing of this charge.

☐   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will
     be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court** <u>WITHIN</u>
     <u>90 DAYS</u> of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge,
     you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred** <u>more than 2 years (3 years)</u> **before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Evangeline Hawthorne*                    Digitally signed by Evangeline Hawthorne
                                          Date: 2021.09.09 10:56:52 -04'00'

Enclosures(s)

**Evangeline Hawthorne,**                              *(Date Issued)*
**Director**

cc:   **Romeo Holligan**          **J. Kemp Brinson, Esq.**          **W. Scott Turnbull**
      **Owner**                   **BLOODWORTH LAW PLCC**            **CRARY BUCHANAN, P.A.**
      **TAXI PRONTO, INC.**       **801 North Magnolia Avenue**      **759 SW Federal Highway**
      **1218 SW Century Avenue**  **Suite 216**                      **Suite 106**
      **Port St Lucie, FL 34953** **Orlando, FL 32803**              **Stuart, FL 34995**

Enclosure with EEOC
Form 161-B (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.**  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*