UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-14500

ANGELA WILKEY,

    Plaintiff,

v.

A RIDE2CARE, LLC, TAXI PRONTO, INC., I NVO PEO OF FL, INC., and JOSEPH EHLING,

    Defendants.
_____/

## MEDIATOR'S REPORT

COMES NOW, the undersigned certified Mediator, Cathleen Scott, and reports to this Honorable Court:

Mediation was held on August 22, 2022, the result of which was that the parties reached a settlement.

Dated this 23rd day of August 2022.

s/Cathleen Scott
Cathleen Scott, Certified Circuit Civil Mediator
Florida Bar No. 135331
cscott@scottlawteam.com
Scott Law Team, LLC
250 S. Central Blvd, Suite 104
Jupiter, FL 33458
T: (561)653-0008
F: (561)653-0020

**SERVICE LIST**
**CASE NO. 21-CV-14500**

NICOLE M. WALL, ESQ.
FBN: 17430
Cole, Scott & Kissane, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Nicole.Wall@csklegal.com

J. KEMP BRINSON, ESQ.
FBN: 752541
Bloodworth Law, PLLC
801 N. Magnolia Avenue, Suite 216
Orlando, FL 32801
KBrinson@lawyerFightsForYou.com

W. SCOTT TURNBULL, ESQ.
FBN: 38626
Crary Buchanan, P.A.
759 S.W. Federal Highway, Suite 106
Stuart, FL 34994
turnbull@crarybuchanan.com