UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14500-CIV-CANNON/Maynard

**ANGELA WILKEY**,

      Plaintiff,

v.

**A RIDE2CARE, LLC**,
**TAXI PRONTO, INC.**, and
**INVO PEO OF FL, INC.**,

      Defendants.
_____/

## ORDER REQUIRING JOINT NOTICE OF SETTLEMENT

**THIS CAUSE** comes before the Court upon the Mediator's Report ("Report") [ECF No. 76], filed on August 23, 2022. The Report indicates that the parties have settled this matter. The Report is signed by the Mediator, however, and does not contain a signature by counsel for both parties, as required by Local Rule 16.4. *See* S.D. Fla. L.R. 16.4 ("The notice [of settlement] shall be filed and served jointly by counsel for all parties to the settlement."). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that, on or before **August 26, 2022**, the parties shall jointly file a Joint Notice of Settlement that indicates whether the parties have reached a settlement.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of August 2022.

                                                                   **AILEEN M. CANNON**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record